UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| JOSEPHINE WASHINGTON, <br><br> Plaintiff, <br><br> v. <br><br> SCIL TEXAS, LLC d/b/a SPEEDY CASH, <br> a wholly owned subsidiary of SCIL, INC., <br><br> Defendant. | CIVIL COMPLAINT <br><br> CASE NO. 5:17-cv-00309-C <br><br> JURY DEMAND |

**DEFENDANT'S UNOPPOSED MOTION FOR LEAVE
TO PROCEED WITHOUT LOCAL COUNSEL**

Defendant SCIL Texas, LLC d/b/a www.speedycash.com, ("Defendant") through counsel, respectfully request leave to proceed without designating local counsel under Local Rule 83.10, and would show the following:

1. Lewis S. Wiener, a partner with the law firm Eversheds Sutherland (US) LLP, was first admitted to practice in the U.S. District Court for the Northern District of Texas on November 1, 1989.  In addition to being admitted to practice in this Court, Mr. Wiener was also admitted to the bar for the Southern District of Texas on June 6, 1990, and the U.S. Court of Appeals for the Fifth Circuit on August 18, 2016.[1]  He has been consistently licensed to practice law in all state and federal courts where he is admitted and has never been the subject of disciplinary proceedings.

2. Defendant also anticipates that Francis X. Nolan, IV, also of the law firm Eversheds

---

[1] Mr. Wiener is also admitted to the State Bars of New York, Maryland, and Washington D.C., as well as the U.S. Court of Appeals for the Second, Third, Fourth, and Eighth Circuits, the U.S. Court of Federal Claims, U.S. Court of International Trade, U.S. District Court of Columbia, U.S. District Court for the Northern District of Illinois, U.S. District Court for the District of Maryland, U.S. District Court for the Western District of New York, and U.S. District Court for the Southern District of New York.

Sutherland (US) LLP, will appear as counsel *pro hac vice*. Mr. Nolan is not admitted to practice law in the State of Texas. He is admitted to the State Bars of New York and New Jersey, as well as the four U.S. District Courts in New York, the U.S. District Court of New Jersey, U.S. Court of Appeals for the Second and Third Circuits, and the United States Supreme Court.

3. Mr. Wiener's principal office and residence are located in Washington, D.C. and Mr. Nolan's principal office and residence are located in New York, New York. The firm is well established in the State of Texas with offices located in Houston and Austin. Although several attorneys in the Houston and Austin offices are admitted to practice before the state and federal courts in Texas, both offices are located outside of the 50-mile radius set by Local Rule 83.10.

4. Although located outside of the State of Texas, Mr. Wiener and Mr. Nolan anticipate being able to appear in this Court on short notice, barring any scheduling conflicts.

5. Mr. Wiener and Mr. Nolan are both experienced in the practice of civil litigation and they have familiarized themselves with the local rules of this Court.

6. Mr. Wiener and Mr. Nolan have an established relationship with Defendant and both attorneys currently represent the Defendant in a similar litigation filed in the Southern District of Texas (Case No.: 4:17-cv-03903).

7. Granting leave for Defendant to proceed without local counsel will not inconvenience the Court or prejudice any party, and will avoid duplication of effort and spare Defendant the unnecessary expense of retaining additional counsel.

## **RELIEF REQUESTED**

For the reasons stated above, Defendant respectfully requests that the Court grant it leave to proceed without designating local counsel.

## **CERTIFICATE OF CONFERENCE**

On February 14, 2018, pursuant to Local Rule 7.1(b), counsel for Defendant SCIL Texas, LLC d/b/a www.speedycash.com discussed the relief sought in this Motion with counsel for Plaintiff, who does not oppose the relief requested herein.

Dated:  February 14, 2018

                Respectfully submitted,

                /s/ Lewis S. Wiener
                Lewis S. Wiener
                **EVERSHEDS SUTHERLAND (US) LLP**
                700 Sixth Street, N.W., Suite 700
                Washington, D.C. 20001-3980
                Telephone: (202) 383-0100
                Facsimile: (202) 637-3593
                Email: LewisWiener@eversheds-sutherland.com

                Francis X. Nolan, IV (*pro hac vice* to be filed)
                **EVERSHEDS SUTHERLAND (US) LLP**
                1114 Avenue of the Americas
                The Grace Building, 40th Floor
                New York, New York 10036
                Telephone: (212) 389-5000
                Facsimile:  (212) 389-5099
                Email:  FrankNolan@eversheds-sutherland.com

                **Attorneys for Defendant**
                **SCIL Texas, LLC d/b/a www.speedycash.com**

**CERTIFICATE OF SERVICE**

On February 14, 2018, I electronically submitted the foregoing document with the Clerk of Court for the U.S. District Court, Northern District of Texas, using the CM/ECF system, which will send notification of such filing to counsel of record and constitute service on such counsel and their represented parties, pursuant to Federal Rule of Civil Procedure 5(b)(2).

/s/ Lewis S. Wiener