UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| JOSEPHINE WASHINGTON,<br><br>    Plaintiff,<br><br>v.<br><br>SCIL TEXAS, LLC d/b/a SPEEDY CASH,<br>a wholly owned subsidiary of SCIL, INC.,<br><br>    Defendant. | CIVIL COMPLAINT<br><br>CASE NO. 5:17-cv-00309-C<br><br>JURY DEMAND |

**ORDER FOR UNOPPOSED MOTION FOR LEAVE
TO PROCEED WITHOUT LOCAL COUNSEL**

On this day, the Court considered Defendant's Unopposed Motion for Leave to Proceed Without Local Counsel under Local Rule 83.10.

The motion is hereby **GRANTED**.  Defendant SCIL Texas, LLC d/b/a www.speedycash.com is granted leave to proceed without designating local counsel under Local Rule 83.10.

**SO ORDERED**.

_____          _____
DATE                                                                    SENIOR JUDGE SAM R. CUMMINGS