# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# LUBBOCK DIVISION

| | |
|---|---|
| JOSEPHINE WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>SCIL TEXAS, LLC d/b/a SPEEDY CASH a wholly owned subsidiary of SCIL, INC.,<br><br>Defendant. | Case No. 5:17-cv-00309-C<br><br>Honorable Judge Sam R. Cummings |

## AMENDED NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

NOW COMES JOSEPHINE WASHINGTON ("Plaintiff"), by and through her attorneys, SULAIMAN LAW GROUP, LTD., and, in support of her Amended Notice of Voluntary Dismissal with Prejudice, state as follows:

Plaintiff, pursuant to settlement and Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses her claims against the Defendant, SCIL TEXAS, LLC d/b/a SPEEDY CASH a wholly owned subsidiary of SCIL, INC., with prejudice. Each party shall bear its own costs and attorney fees.

Dated:  April 11, 2018

Respectfully Submitted,

/s/ Nathan C. Volheim (Lead Attorney)
Nathan C. Volheim, Esq. #6302103
*Counsel for Plaintiff*
Admitted in the Northern District of Texas
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148
Phone (630) 568-3056
Fax: (630)575-8188
nvolheim@sulaimanlaw.com

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on April 11, 2018, a true and correct copy of the above and foregoing document was filed with the Court via CM/ECF and served on all parties requested electronic notification.

*/s/ Nathan C. Volheim*
Nathan C. Volheim