IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| JOSEPHINE WASHINGTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| SCIL TEXAS, LLC d/b/a SPEEDY CASH, | ) |
| *a wholly-owned subsidiary of* SCIL, INC., | ) |
| | ) |
| Defendant. | ) Civil Action No. 5:17-CV-309-C |

## ORDER OF DISMISSAL

The Court, having considered Plaintiff's Amended Notice of Voluntary Dismissal With Prejudice, filed April 11, 2018, is of the opinion that Plaintiff may voluntarily dismiss this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

It is therefore **ORDERED** that the above-styled and -numbered civil action is **DISMISSED WITH PREJUDICE** as of April 11, 2018.

SO ORDERED this 12th day of April, 2018.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE